IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CALITEX, LLC, § | |
|     Plaintiff, § | |
| § | |
| § | |
| vs. § | CASE NO. 3:22-cv-00096 |
| § | |
| HDI GLOBAL SPECIALTY SE, § | |
|     Defendant. § | JURY TRIAL DEMANDED |
| § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Calitex, LLC, and Defendant, HDI Global Specialty SE, hereby provide notice to this Honorable Court that the aforementioned parties have agreed to a settlement of all claims in this lawsuit. Accordingly, the aforementioned parties respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signature blocks on the following page)*

Respectfully submitted,

# THE VOSS LAW FIRM, P.C.

*/s/ C. Bryan Beverly*
C. Bryan Beverly
Texas Bar No. 24082688
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
bryan@vosslawfirm.com

**ATTORNEY FOR PLAINTIFF**

and

# ZELLE, LLP

*/s/ Todd M. Tippett\**
Todd M. Tippett
Texas Bar No. 24046977
Hanna Kim
Texas Bar No. 24100926
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
ttippett@zelle.com
hkim@zelle.com

**ATTORNEYS FOR DEFENDANT**

\*Signed w/ Permission

## CERTIFICATE OF SERVICE

      I certify that on July 28, 2022, true and correct copy of the foregoing was sent in accordance with Federal Rules of Civil Procedure, either electronically or as indicated below:

Todd M. Tippett
Hanna Kim
Zelle, LLP
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
***Via E-Service***

Greg P. Blaies
Blaies & Hightower, LLP
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102
Telephone: (817) 334-0800
Facsimile: (817) 334-0574
***Via E-Service***

                                                          */s/ C. Bryan Beverly*
                                                          C. Bryan Beverly