IN THE HDI STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CALITEX, LLC,<br>　　Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | § | CASE NO. 3:22-cv-00096 |
| | § | |
| HDI GLOBAL SPECIALTY SE,<br>　　Defendant. | §<br>§<br>§ | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Calitex, LLC, ("Calitex"), and Defendant HDI Global Specialty SE ("HDI"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly move for the following:

1.

Calitex and HDI stipulate to dismiss, with prejudice, any and all claims which either of them have submitted in this lawsuit, and stipulate that this lawsuit should be dismissed in its entirety, with prejudice.

2.

Calitex and HDI further stipulate that all costs of the court are to be borne by the parties who incurred them.

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Calitex, LLC, and Defendant HDI Global Specialty SE request this lawsuit be dismissed in its entirety, with prejudice, with all costs of court being borne by the parties who incurred them.

Respectfully submitted,

### THE VOSS LAW FIRM, P.C.

*/s/ C. Bryan Beverly*
C. Bryan Beverly
Texas Bar No. 24082688
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
bryan@vosslawfirm.com

**ATTORNEY FOR PLAINTIFF**

and

### ZELLE, LLP

*/s/ Todd M. Tippett\**
Todd M. Tippett
Texas Bar No. 24046977
Hanna Kim
Texas Bar No. 24100926
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
ttippett@zelle.com
hkim@zelle.com

**ATTORNEYS FOR DEFENDANT**


*\*Signed with permission.*

## CERTIFICATE OF SERVICE

      I certify that on August 23, 2022, true and correct copy of the foregoing was sent in accordance with Federal Rules of Civil Procedure, either electronically or as indicated below:

Todd M. Tippett
Hanna Kim
Zelle, LLP
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
***Via E-Service***

Greg P. Blaies
Blaies & Hightower, LLP
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102
Telephone: (817) 334-0800
Facsimile: (817) 334-0574
***Via E-Service***

                              */s/ C. Bryan Beverly*
                              C. Bryan Beverly